IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OSMAR LORENZO-GENCHI,

        Defendant.

**EXHIBIT LIST**

Case No.    8:25MJ368
Deputy:    Kristy Furey
Reporter:    Digital Recorder
Date:    June 18, 2025

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photo | X | | X | | 6/18/2025 |
| 2 | | | Photo | X | | X | | 6/18/2025 |
| 3 | | | Video | X | | X | | 6/18/2025 |
| 4 | | | Video | X | | X | | 6/18/2025 |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**