IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>OSMAR LORENZO-GENCHI,<br><br>                Defendant. | **WITNESS LIST**<br><br>Case No.   8:25MJ368<br>Deputy:    Kristy Furey<br>Reporter:  Digital Recorder<br>Date:      June 18, 2025 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Justin Temperly | 6/18/2025 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |