IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 23 PM 12: 31
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>OSMAR LORENZO-GENCHI,<br><br>  Defendant. | 8:25CR153<br><br>INDICTMENT<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1361 |

The Grand Jury charges that

### COUNT I

On or about June 10, 2025, in the District of Nebraska, the Defendant, OSMAR LORENZO-GENCHI, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers, individuals designated in 18 U.S.C. § 1114, who were engaged in and on account of their official duties, said acts involved the intent to commit another felony.

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT II

On or about June 10, 2025, in the District of Nebraska, the Defendant, OSMAR LORENZO-GENCHI, willfully and by means of destruction did injure and commit a depredation against property of the United States and any department or agency thereof, specifically damaging government vehicles and the resulting damage was in excess of $1,000.00.

In violation of Title 18, United States Code, Section 1361.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant U.S. Attorney